UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THAL FLAM WENDROW**, **JULIAN WENDROW** and **THAL FLAM WENDROW** as Conservator to **IAN WENDROW** and **AISLINN WENDROW,** Minors**,**

       Plaintiffs,

-vs-

**MICHIGAN DEPARTMENT OF HUMAN SERVICES, ISMAEL AHMED, KRISTE SMITH**,**KATHERINE CLAUSELL**, **REBECCA ROBYDEK**, **OAKLAND COUNTY**, **a** *Michigan County,* **OAKLAND COUNTY SHERIFF'S DEPARTMENT, MICHAEL BOUCHARD, ERIC OVERALL, DAVID GORCYCA, DEBORAH CARLEY, ANDREA DEAN; WEST BLOOMFIELD TOWNSHIP,** *a Michigan Municipal Corporation*, **WEST BLOOMFIELD TOWNSHIP POLICE DEPARTMENT, RONALD D. CRONIN, CARL FUHS, JOSEPH BROUSSEAU, TARA KANE, OFFICER WARDIA, DANIEL O'MALLEY, CITY OF WALLED LAKE, WALLED LAKE CONSOLIDATED SCHOOL DISTRICT, WILLIAM HAMILTON, SHERYL BROWN, NATALIE MILLER, CYNTHIA SCARSELLA, VERONICA BURKE;** all individuals sued in official and personal capacity; all Defendants sued jointly and severally;

       Defendants.

Case No. 08-CV-14324
HON. John Corbett O'Meara

**ORDER APPOINTING GUARDIAN AD LITEM**

_____

| | |
|---|---|
| **DEBORAH GORDON LAW** | **STEVEN M. POTTER, P.C.** |
| **Gordon, Laughbaum & Prescott** | Steven M. Potter (P33344) |
| **Deborah L. Gordon (P27058)** | Rick J. Patterson (P57706) |
| **Sarah S. Prescott (P70510)** | Robert C. Clark (P76359) |
| Attorneys for Plaintiffs | Attorneys for Oakland County, |
| 33 Bloomfield Hills Parkway, Ste 220 | Overall Gorcyca Carley & Dean |
| Bloomfield Hills, MI 48304 | 2701 Cambridge Court, Suite 223 |
| (248) 258-2500 / Fax (248) 258-7881 | Auburn Hills, MI 48326 |

dgordon@deborahgordonlaw.com
sprescott@deborahgordonlaw.com

**OAKLAND COUNTY CORP COUNSEL**
**Keith J. Lerminiaux (P30190)**
Co-Counsel for Oakland County
Overall, Gorcyca, Carley & Dean
1200 N. Telegraph Road, Bldg. 14E
Pontiac, MI 48341-0419
(248) 858-0557 / Fax (248) 858-1003
lerminiauxk@oakgov.com

(248) 377-1700 / Fax (248) 377-0051
spotter@potterlaw.com
rjpatterson@potterlaw.com
rclark@potterlaw.com

_____

## ORDER APPOINTING GUARDIAN AD LITEM

This matter having come before the Court upon request by Plaintiff Aislinn Wendrow by and through her Court appointed Guardians, Thal and Julian Wendrow, by and through their respective counsel, for entry of an Order Appointing Guardian Ad Litem for Plaintiff Aislinn Wendrow, an individual with developmental disabilities, and the Court being otherwise fully advised in the premises;

It Is Now Therefore Ordered That:

1. Plaintiffs have settled with Defendants Oakland County, Deborah Carley and David Gorcyca and any other Oakland County Defendant, hereafter referred to as the "Defendants."

2. A Settlement Agreement and Release has been agreed to by the parties. Included in the agreement is an amount for attorneys' fees and costs, contractually agreed to between the Plaintiffs and counsel. The remaining amount

will be distributed to Plaintiffs Thal, Julian, Ian and Aislinn Wendrow. Thal, Julian, Ian and Aislinn Wendrow are all adults. Aislinn Wendrow, age 21, is the natural child of Thal and Julian and is a developmentally disabled individual. She lives with and is cared for by her parents.

3. Thal and Julian Wendrow were appointed by the Oakland County Probate Court as plenary guardians of Aislinn Wendrow as a person with a developmental disability on March 15, 2011. They have established a Special Needs Trust in her name.

4. Because Aislinn Wendrow is a legally designated person with a developmental disability, a Guardian Ad Litem should be appointed to advise this Court as to the appropriateness of any amount of the settlement proceeds to be allocated to her.

5. Plaintiffs request that Attorney Gregory Roth be appointed by this Court to act as Guardian Ad Litem on behalf of Aislinn Wendrow. Mr. Roth was previously appointed by this Court to act as Guardian Ad Litem for Aislinn Wendrow on December 28, 2010 [Dkt #280] and subsequently accepted his recommendation on January 12, 2011 [Dkt #284] with regard to the settlement with the West Bloomfield Defendants, was appointed on September 10, 2014 [Dkt. 401] with regard to the settlement with State of Michigan and Walled Lake School District Defendants, and this Court subsequently accepted his recommendation on

November 24, 2014 [Dkt. 442]. Mr. Roth is already familiar with the circumstances of Aislinn Wendrow.

Mr. Roth is aware of his nomination and has no conflicts of any kind, whatsoever.

**IT IS HEREBY ORDERED** that Gregory Roth is appointed as Guardian Ad Litem for Plaintiff Aislinn Wendrow for the purpose of making a recommendation to this Court with regard to settlement proceeds to be allocated to Aislinn Wendrow.

Date: May 28, 2015                                  s/John Corbett O'Meara
                                                    United States District Judge